TRIAL COURT CAUSE NO. _____24-BC01B-0010_____

<table>
<tr><td>§</td><td>IN THE BUSINESS COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>OF TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>DIVISION 1B</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/6/2025 2:37:23 PM
CHRISTOPHER A. PRINE
Clerk

## BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: _January 17, 2025_____

Type of Order (Interlocutory or Final): __Interlocutory_____

Date Motion for New Trial Filed:_____ _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: __February 6, 2025_____

Name of judge who entered judgment:__Judge Bill Whitehill_____ _____

Name of court reporter:__Shylina Jackson_____

　　　Address of court reporter: 358 Baker Rd., Satsuma, AL 36572- sjreporting@outlook.com

Name of attorney on appeal: _Christopher W. Patton_____ SB#: _24051315_____

　　　Attorney Address:__2100 Ross Avenue, Suite 2700, Dallas, Texas 75201__

　　　Attorney E-Mail Address: _cschwegmann@lynnllp.com_____

　　　Attorney on appeal (check applicable box):

　　　　　　☐ appointed　　　　X retained　　　　☐ Pro Se

Name of Appellee's Attorney: _____

　　　Attorney Address: _____

　　　Attorney E-Mail Address: _____


**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail


On____2/6/25_____　　　　　　　By: ___BC___(clerk's initials)

E-filed in the Office of the Clerk
for the Business Court of Texas
2/6/2025 12:44 PM
Accepted by: Beverly Crumley
Case Number: 24-BC01B-0010

NO. 24-BC01B-0010

| | | |
|---|---|---|
| PRIMEXX ENERGY OPPORTUNITY FUND, LP and PRIMEXX ENERGY OPPORTUNITY FUND II, LP, *Plaintiffs*, | § § § § § § § § | IN THE BUSINESS COURT |
| v. | § § | |
| PRIMEXX ENERGY CORPORATION, M. CHRISTOPHER DOYLE, ANGELO ACCONCIA, BLACKSTONE INC., BLACKSTONE HOLDINGS III LP, BLACKSTONE EMA II LLC, BMA VII LLC, BLACKSTONE ENERGY MANAGEMENT ASSOCIATES II LLC, BLACKSTONE ENERGY PARTNERS II LP, BLACKSTONE MANAGEMENT ASSOCIATES VII LLC, BLACKSTONE CAPITAL PARTNERS VII LP, BCP VII/BEP II HOLDINGS MANAGER LLC, BX PRIMEXX TOPCO LLC, and BPP HOLDCO LLC, *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § | FIRST BUSINESS COURT DIVISION |
| | § | DALLAS COUNTY, TEXAS |

## NOTICE OF APPEAL

Defendants Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, and BX Primexx Topco LLC (collectively, the "Attenuated Blackstone Defendants") give notice of their intent to appeal the Order entered January 17, 2025 in *Primexx Energy Opportunity Fund, LP, et al. v. Primexx Energy Corporation, et al.*, Cause No. 24-BC01B-0010, pending in the First Division of the Business Court, Dallas County, Texas, including all other rulings and orders incident thereto (the "Order"). The Court's Order denied the Attenuated Blackstone Defendants' Special Appearances. This appeal will not involve a matter under Texas Rule of Appellate Procedure 25.1(d)(9).

Dated: February 6, 2025

Respectfully submitted,

*/s/ Christopher W. Patton*
Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
Christopher W. Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
Kyle A. Gardner
Texas State Bar No. 24116412
kgardner@lynnllp.com
Jessica D. Cox
Texas Bar No. 24114769
jcox@lynnllp.com
**Lynn Pinker Hurst &
Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3000
Facsimile: (214) 981-3839
**ATTORNEYS FOR
BLACKSTONE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record on February 4, 2025 in accordance with the Texas Rules of Civil Procedure.

*/s/ Christopher W. Patton*
Christopher W. Patton

4915-0561-8967, v. 1

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerri Jones on behalf of Christopher Patton
Bar No. 24083634
kjones@lynnllp.com
Envelope ID: 97066379
Filing Code Description: Notice
Filing Description: Notice of Appeal
Status as of 2/6/2025 1:14 PM CST

Associated Case Party: Primexx Energy Opportunity Fund, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bryan Caforio | | bcaforio@susmangodfrey.com | 2/6/2025 12:44:09 PM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 2/6/2025 12:44:09 PM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 2/6/2025 12:44:09 PM | SENT |
| Lindsey Godfrey Eccles | | leccles@susmangodfrey.com | 2/6/2025 12:44:09 PM | SENT |

Associated Case Party: PRIMEXX ENERGY CORPORATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeremy Fielding | | jeremy.fielding@kirkland.com | 2/6/2025 12:44:09 PM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 2/6/2025 12:44:09 PM | SENT |
| Gary Vogt | | gvogt@kirkland.com | 2/6/2025 12:44:09 PM | SENT |
| Michael Patton | | michael.patton@kirkland.com | 2/6/2025 12:44:09 PM | SENT |
| Laura QuinnBrigham | | laura.brigham@kirkland.com | 2/6/2025 12:44:09 PM | SENT |
| Karyn Cooper | | karyn.cooper@kirkland.com | 2/6/2025 12:44:09 PM | ERROR |
| Griffin Vail | | griffin.vail@kirkland.com | 2/6/2025 12:44:09 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stephen Shackelford | | sshackelford@susmangodfrey.com | 2/6/2025 12:44:09 PM | SENT |
| Sarah Hannigan | | shannigan@susmangodfrey.com | 2/6/2025 12:44:09 PM | SENT |
| Nicholas Perrone | | nicholas.perrone@kirkland.com | 2/6/2025 12:44:09 PM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 2/6/2025 12:44:09 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerri Jones on behalf of Christopher Patton
Bar No. 24083634
kjones@lynnllp.com
Envelope ID: 97066379
Filing Code Description: Notice
Filing Description: Notice of Appeal
Status as of 2/6/2025 1:14 PM CST

Associated Case Party: M. CHRISTOPHER DOYLE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Louisa Karam | | louisa.karam@lockelord.com | 2/6/2025 12:44:09 PM | SENT |
| Theressa Washington | | Theressa.Washington@lockelord.com | 2/6/2025 12:44:09 PM | SENT |
| M. TaylorLevesque | | taylor.levesque@troutman.com | 2/6/2025 12:44:09 PM | SENT |
| Roger BCowie | | Roger.Cowie@troutman.com | 2/6/2025 12:44:09 PM | SENT |

Associated Case Party: BLACKSTONE HOLDINGS III LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kerri Jones | | kjones@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |
| Christopher Schwegmann | | cschwegmann@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |
| Kyle Gardner | | kgardner@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |
| Christopher W.Patton | | cpatton@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |
| NATALIE STALLBOHM | | nstallbohm@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 2/6/2025 12:44:09 PM | SENT |

E-filed in the Office of the Clerk
for the Business Court of Texas
1/17/2025 11:30 AM
Accepted by: Beverly Crumley
Case Number: 24-BC01B-0010



The Business Court of Texas,
1st Division

| | | |
|---|---|---|
| PRIMEXX ENERGY OPPORTUNITY FUND, LP and PRIMEXX ENERGY OPPORTUNITY FUND II, LP, *Plaintiffs*, | § § § § § § § | |
| v. | § § | Cause No. 24-BC01B-0010 |
| PRIMEXX ENERGY CORPORATION, M. CHRISTOPHER DOYLE, ANGELO ACCONCIA, BLACKSTONE HOLDINGS III LP, BLACKSTONE EMA II LLC, BMA VII LLC, BLACKSTONE ENERGY MANAGEMENT ASSOCIATES II LLC, BLACKSTONE ENERGY PARTNERS II LP, BLACKSTONE MANAGEMENT ASSOCIATES VII LLC, BLACKSTONE CAPITAL PARTNERS VII LP, BCP VII/BEP II HOLDINGS MANAGER LLC, BX PRIMEXX TOPCO LLC, and BPP HOLDCO LLC, *Defendants* | § § § § § § § § § § § § § § § § § § § § § | |

**ORDER**

Before the court are special appearances by Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, and BX Primexx Topco LLC.  The court considered those special appearances, the responses, the pleadings, the material on file, and counsels' arguments.

Based on the above, the court concludes that those defendants consented to personal jurisdiction in this proceeding.  Therefore, the court **DENIES** their special appearances.

So ORDERED.

_____
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED:  January 17, 2025

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96350880
Filing Code Description: No Fee Documents
Filing Description: Order on Special Appearances
Status as of 1/17/2025 11:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher W.Patton | | cpatton@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| Stephen Shackelford | | sshackelford@susmangodfrey.com | 1/17/2025 11:30:33 AM | SENT |
| NATALIE STALLBOHM | | nstallbohm@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| M. TaylorLevesque | | taylor.levesque@troutman.com | 1/17/2025 11:30:33 AM | SENT |
| Sarah Hannigan | | shannigan@susmangodfrey.com | 1/17/2025 11:30:33 AM | SENT |
| Gary Vogt | | gvogt@kirkland.com | 1/17/2025 11:30:33 AM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 1/17/2025 11:30:33 AM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 1/17/2025 11:30:33 AM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| Karyn Cooper | | karyn.cooper@kirkland.com | 1/17/2025 11:30:33 AM | ERROR |
| Gina Flores | | gflores@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| Roger BCowie | | Roger.Cowie@troutman.com | 1/17/2025 11:30:33 AM | SENT |
| Jeremy Fielding | | jeremy.fielding@kirkland.com | 1/17/2025 11:30:33 AM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 1/17/2025 11:30:33 AM | SENT |
| Nicholas Perrone | | nicholas.perrone@kirkland.com | 1/17/2025 11:30:33 AM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 1/17/2025 11:30:33 AM | SENT |
| Lindsey Godfrey Eccles | | leccles@susmangodfrey.com | 1/17/2025 11:30:33 AM | SENT |
| Michael Patton | | michael.patton@kirkland.com | 1/17/2025 11:30:33 AM | SENT |
| Laura QuinnBrigham | | laura.brigham@kirkland.com | 1/17/2025 11:30:33 AM | SENT |
| Christopher Schwegmann | | cschwegmann@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96350880
Filing Code Description: No Fee Documents
Filing Description: Order on Special Appearances
Status as of 1/17/2025 11:35 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Yaman Desai | | ydesai@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| Kyle Gardner | | kgardner@lynnllp.com | 1/17/2025 11:30:33 AM | SENT |
| Louisa Karam | | louisa.karam@lockelord.com | 1/17/2025 11:30:33 AM | SENT |
| Theressa Washington | | Theressa.Washington@lockelord.com | 1/17/2025 11:30:33 AM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 1/17/2025 11:30:33 AM | SENT |
| Griffin Vail | | griffin.vail@kirkland.com | 1/17/2025 11:30:33 AM | SENT |